UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2016 JUN -7 P 1: 45

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-CR-69 |
| ) | Judges: Reeves/Shirley |
| BRANDON DOUGLAS SHANAHAN ) | |

## INDICTMENT
### COUNT ONE

The Grand Jury charges that, from in or about March 2016, through on or about April 23, 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "C.C.," money and other things of value, communications, including Snapchat messages and telephone conversations, containing threats to injure the reputation of C.C., in violation of Title 18, United States Code, Section 875(d).

### COUNT TWO

The Grand Jury further charges that in or about March 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "L.T.," money and other things of value, communications, including Snapchat messages and telephone conversations, containing threats to injure the reputation of L.T., in violation of Title 18, United States Code, Section 875(d).

### COUNT THREE

The Grand Jury further charges that on or about February 2, 2016, to on or about February 5, 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS**

SHANAHAN, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "K.W.," money and other things of value, communications, including Snapchat messages containing threats to injure the reputation of K.W., in violation of Title 18, United States Code, Section 875(d).

## COUNT FOUR

The Grand Jury further charges that from in or about February 2016, to on or about April 20, 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "A.P.," money and other things of value, communications, including Snapchat messages and telephone conversations, containing threats to injure the reputation of A.P., in violation of Title 18, United States Code, Section 875(d).

## COUNT FIVE

The Grand Jury further charges that from in or about March 2016, to in or about April 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "A.V.," money and other things of value, communications, including Snapchat messages, containing threats to injure the reputation of A.V., in violation of Title 18, United States Code, Section 875(d).

## COUNT SIX

The Grand Jury further charges that from in or about December 2015, to in or about April 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a minor female child referred to here as "A.A.," money and other things of value, communications,

including Snapchat messages and telephone conversations, containing threats to injure the reputation of A.A., in violation of Title 18, United States Code, Section 875(d).

## COUNT SEVEN

The Grand Jury further charges that from in or about December 2015, to in or about January 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "A.H.," money and other things of value, communications, including Snapchat messages, containing threats to injure the reputation of A.H., in violation of Title 18, United States Code, Section 875(d).

## COUNT EIGHT

The Grand Jury further charges that from in or about April 2015, to in or about December 2015, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "K.H.," money and other things of value, communications, including Snapchat messages, containing threats to injure the reputation of K.H., in violation of Title 18, United States Code, Section 875(d).

## COUNT NINE

The Grand Jury further charges that in or about December 2015, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a minor female child referred to here as "V.R.," money and other things of value, communications, including Snapchat messages and telephone conversations, containing threats to injure the reputation of V.R., in violation of Title 18, United States Code, Section 875(d).

## COUNT TEN

The Grand Jury further charges that from in or about February 2016, to in or about April 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "C.M.," money and other things of value, communications, including Snapchat messages and telephone conversations, containing threats to injure the reputation of C.M., in violation of Title 18, United States Code, Section 875(d).

## COUNT ELEVEN

The Grand Jury further charges that from in or about March 2016, to in or about April 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "K.E.," money and other things of value, communications, including Snapchat messages and telephone conversations, containing threats to injure the reputation of K.E., in violation of Title 18, United States Code, Section 875(d).

## COUNT TWELVE

The Grand Jury further charges that in or about January 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "B.B." money and other things of value, communications, including Snapchat messages, containing threats to injure the reputation of B.B., in violation of Title 18, United States Code, Section 875(d).

## COUNT THIRTEEN

The Grand Jury further charges that in or about May 2016, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "A.I.," money and other things of value, communications, including Snapchat messages, containing threats to injure the reputation of A.I., in violation of Title 18, United States Code, Section 875(d).

## COUNT FOURTEEN

The Grand Jury further charges that in or about December 2015, in the Eastern District of Tennessee, Defendant **BRANDON DOUGLAS SHANAHAN**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "K.F.," money and other things of value, communications, including Snapchat messages, containing threats to injure the reputation of K.F., in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

NANCY STALLARD HARR
ACTING UNITED STATES ATTORNEY

CYNTHIA F. DAVIDSON
ASSISTANT UNITED STATES ATTORNEY