# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Defendant Name: __BRANDON DOUGLAS SHANAHAN__

Place of Offense (City & County): __Knox County__

Juvenile: Yes ____ No _x_    Matter to be Sealed: Yes ____ No _x_

Interpreter: No ____ Yes ____ Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _14_ Felony

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from C.C. money and other things of value, communications including Snapchat messages and telephone conversations, and text messages, containing threats to injure the reputation of C.C. | 1 |
| Set 2 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from L.T. money and other things of value, communications including Snapchat messages and telephone conversations containing threats to injure the reputation of L.T. | 2 |
| Set 3 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from K.W. money and other things of value, communications including Snapchat messages and telephone conversations containing threats to injure the reputation of K.W. | 3 |
| Set 4 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from A.P. money and other things of value, communications including Snapchat messages and telephone conversations, containing threats to injure the reputation of A.P. | 4 |
| Set 5 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from A.V. money and other things of value, communications including Snapchat messages, containing threats to injure the reputation of A.V. | 5 |
| Set 6 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from A.A. money and other things of value, communications including Snapchat messages and telephone conversations, containing threats to injure the reputation of A.A. | 6 |
| Set 7 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from A.H. money and other things of value, communications including Snapchat messages, containing threats to injure the reputation of A.H. | 7 |
| Set 8 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from K.H. money and other things of value, communications including Snapchat messages, containing threats to injure the reputation of K.H. | 8 |

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 9 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from V.O. money and other things of value, communications including Snapchat messages and telephone conversations, containing threats to injure the reputation of V.O. | 9 |
| Set 10 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from C.M. money and other things of value, communications including Snapchat messages and telephone conversations, containing threats to injure the reputation of C.M. | 10 |
| Set 11 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from K.E. money and other things of value, communications including Snapchat messages and telephone conversations, containing threats to injure the reputation of K.E. | 11 |
| Set 12 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from B.B. money and other things of value, communications including Snapchat messages, containing threats to injure the reputation of B.B. | 12 |
| Set 13 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from A.I. money and other things of value, communications including Snapchat messages and telephone conversations, containing threats to injure the reputation of A.I. | 13 |
| Set 14 | 18 U.S.C. § 875(d) – knowingly transmit in interstate and foreign commerce with intent to extort from K.F. money and other things of value, communications including Snapchat messages, containing threats to injure the reputation of K.F. | 14 |

*(Use tab key after entering counts to create additional rows)*

| | **SUPERSEDING INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>*(if applicable)* |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ **Yes   X   ** Case No. __3:16-MJ-02070__

Defendant on Supervised Release: Yes _____ No _____

Violation Warrant Issued?   No _____ Yes _____ Case No. _____

Related Case(s):_____
          Case Number      Defendant's attorney      How related

## Criminal Informations:

Pending criminal case:　　No ____　Yes _____　　　　Case No. _____

New Separate Case _____　　　Supersedes Pending Case _____

Name of defendant's attorney:　　_____

Retained: _____　　Appointed: _____

Date: June 7, 2016　　　　Signature of AUSA: _____