# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

# CRIMINAL COURTROOM MINUTES

**Case No.** 3:16-cr-69　　　　**At** Knoxville　　　　**Date** October 24, 2019

**Style** UNITED STATES OF AMERICA　　vs　　BRANDON SHANAHAN

**PRESENT:**　　**HONORABLE PAMELA L. REEVES CHIEF U.S DISTRICT JUDGE**

Angela Archer　　　　　　　　　　　　　　　　　　　　Terri Grandchamp
**Deputy Clerk**　　　　　　　　　　　　　　　　　　　　**Court Reporter**

　　　　　　　　　　　　Rhonda Monger-Lay
　　　　　　　　　　　　**Probation Officer**

**ATTORNEY PRESENT FOR GOVT:**　　**ATTORNEY PRESENT FOR DEFTS:**
Cynthia Davidson　　　　　　　　　　　　　Bobby Hutson

**PROCEEDINGS:**　　Hearing on Supervised Release

Court was in session to address the defendant's status re terms of supervised release. The dft advises that he has sought mental health treatment and has completed an assessment. The dft has deleted all of his social media accounts. The USPO indicates that any further violations may result in a modification to his conditions of release. The Court is made aware that the dft has full time employment. The Court agrees to allow dft to remain on release in order to participate in a mental health treatment program.

Time 3:00 p.m.　　　to　　3:10 p.m.